1   PETER KMETO
    Attorney at Law
2   State Bar No. 78827
    1007 Seventh Street, Suite 318
3   Sacramento, CA 95814
    (916) 444-7420; FAX: (916) 441-6714
4
    Attorney for: SIDNEY ALLEN, III
5

6                  IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,          )      No. CR-S-04-5304 AWI
                                        )
10                  Plaintiff,          )
                                        )      STIPULATION AND ORDER
11        vs.                           )
                                        )
12  SIDNEY ALLEN, III,                  )
                                        )
13                  Defendant.          )
    _____)
14

15        Defendant, SIDNEY ALLEN, III, through his attorney, PETER KMETO, and

16  the United States of America, through its counsel of record, DAWRENCE W. RICE,

17  Jr., stipulate and agree to the following revised motion schedule:

18        1.    Evidentiary Hearing on the suppression motion, to be set for 11:00
                a.m.. August 15, 2005;
19

20        2.    The presently scheduled date for hearing on motions of June 6,
                2005 shall be vacated.
21

22        Both parties agree that the state of the case requires an evidentiary hearing

23  in order properly address the issues raised by the Defense. Both parties agree to a

24  mutually convenient hearing date of August 15, 2005 at 11:00 a.m..  Accordingly,

25  the parties stipulate that time be excluded for the pendency of this motion pursuant

26  to 18 U.S.C. §3161(h)(1)(F) [Local Code E]– delay resulting from any pretrial

27  motion and 18 U. S. C. §3161(h)(8)(B)(iv) [Local Code T4] – additional time to

28                                    - 1 -

1  adequately prepare for pretrial proceedings.

2  IT IS SO STIPULATED.

3  Dated:  6-03-05                                    /s/
                                                   DAWRENCE W. RICE, JR.
4                                                  Assistant U.S. Attorney
                                                   for the Government
5

6

7  Dated:  6-03-05                                    /s/
                                                   PETER KMETO
8                                                  Attorney for Defendant
                                                   SIDNEY ALLEN, III
9

10                                ORDER

11           UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

12  ordered that the current hearing date of June 6, 2005 on Defendant's Motion to

13  Suppress is hereby vacated and an evidentiary hearing on said motion will be

14  scheduled for Monday August 15, 2005 at 11:00 a.m..

15           The Court finds excludable time pursuant to 18 U.S.C. §3161 (h)(1)(F)

16  [Local Code E], and 18 U.S.C. §3161 (h)(8)(B)(iv) [Local Code T4] until August 15, ,

17  2005, or whatever other date the hearing upon motions is held;  to permit counsel

18  to prepare and litigate this motion.

19  IT IS SO ORDERED.

20  **Dated:    June 3, 2005**              **/s/ Anthony W. Ishii**
    0m8i78                            UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28                                      - 2 -