UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

FILED
2005 JUL 27 P 2: 57
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

The United States,

-vs-

**SIDNEY ALLEN III**                                    Docket No. 04-5304 AWI

COMES NOW Lydia J. Serrano, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Sidney Allen III, who was placed on bond by the Honorable Dennis L. Beck, sitting in the Court at Fresno, California, on the 24th day of November, 2004, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18 U.S.C. 922(g)(1) - Felon in Possession of a Firearm

**BOND CONDITIONS:** Please see attached

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** A urine sample submitted by Mr. Allen on July 5, 2005, tested positive for cocaine, in violation of the condition: You shall refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner.

**PRAYING THAT THE COURT WILL ORDER** The Court hereby orders this matter placed on this court's calendar on August 15, 2005, at 2:30 pm, and that the Pretrial Services Officer is to contact the defendant and/or attorney of record to advise them of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services
**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2005.

Respectfully submitted,

LYDIA J. SERRANO
Pretrial Services Officer
DATE: July 26, 2005

**ORDER**

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.
_____ The Court hereby orders this ex parte motion and order be sealed.
_____ The Court orders a summons be issued with an appearance date of _____
__X__ The Court hereby orders this matter placed on this court's calendar on August 15, 2005, at 2:30 am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.
_____ The Court orders no action be taken.

2:30pm

Considered and ordered this 27 day of July, 2005, and ordered filed and made a part of the records in the above case.

Dennis L. Beck, U.S. Magistrate Judge

rev. 1/93

ALLEN, Sidney
Docket No. 04-5304 AWI

## ADDITIONAL CONDITIONS OF RELEASE

1. You are released on a $50,000 unsecured bond signed by Sidney Allen, Sr., to be replaced by a $50,000 property bond secured in equity of property owned by Sidney Allen, Sr., located at 1415 Hellings Avenue, Richmond, California, no later than December 10, 2004;

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

4. You shall reside at 8637 South Sycamore, Delhi, California, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

5. Your travel is restricted to the Eastern District of California, unless otherwise approved in advance by the Pretrial Services Officer;

6. You shall refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner;

7. You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;

8. You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer;

9. You shall seek and/or maintain employment, and provide proof thereof to the Pretrial Services Officer upon request;

10. You shall not associate or have any contact with Raymond Slayton, Rafael Aguirre, Jensen Scott, and Piersha Woodridge, unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer;

11. You shall not possess a firearm, destructive device, or other dangerous weapon;

12. You shall submit to the search of your person, property, residence, and vehicle by the Pretrial Services Officer, and any other law enforcement officer under the immediate and personal supervision of the Pretrial Services Officer, without a search warrant.