IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR F 04-5304 AWI |
| ) | |
| Plaintiff, ) | ORDER OF RECUSAL AND |
| ) | DIRECTING THE CLERK OF |
| v. ) | THE COURT TO REASSIGN |
| ) | THIS ACTION |
| SIDNEY ALLEN, III, ) | |
| ) | |
| Defendants. ) | |

The undersigned finds it necessary to recuse himself in this action.  See  8 U.S.C. § 455; Liteky v. United States, 510 U.S. 540, 555 (1994).   The Clerk of the Court is DIRECTED to reassign this action to another District Court Judge.

IT IS SO ORDERED.

**Dated:   October 26, 2005**           /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE