UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:04-cr-5304 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| SIDNEY ALLEN, III, | ) | NOTE AND DEED OF TRUST |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having surrendered to the custody

of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Note and Deed of Trust

posted in this matter be returned to the surety.

The correct address to which the deed should be returned to

is 1415 Hellings Avenue, Richmond, CA 94801.

IT IS SO ORDERED.

**Dated:    March 16, 2006**                         /s/ Oliver W. Wanger
emm0d6                                          UNITED STATES DISTRICT JUDGE